

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2013

No. 04-13-00643-CV

Norris J. **DE VOLL** (Intervenor),
Appellant

v.

Rebecca **DEMONBREUN** and William Dowds,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05169
Honorable Antonia Arteaga, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is DISMISSED for lack of jurisdiction. TEX. R. APP. P. 42.3(a).

It is so **ORDERED** on December 18, 2013.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2013.

_____
Keith E. Hottle, Clerk